## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Douglas  J. DeCarlo                                        CHAPTER 13
        Mary Lee DeCarlo
            <u>Debtor(s)</u>                                        BKY. NO. 20-22324 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ Brian C. Nicholas
                 Brian Nicholas
                 08 Oct 2020, 08:11:23, EDT
                 Brian C. Nicholas, Esquire
                 Attorney I.D. No. 317240
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 412-430-3594
                 bkgroup@kmllawgroup.com