Form 209

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**                32 – 29, 31

In re:                                                    Bankruptcy Case No.: 20–22324–CMB

                                                          Chapter: 13
                                                          Hearing Date: 4/27/21 at 01:30 PM

**Douglas J. DeCarlo**
     Debtor(s)                                            Mary Lee DeCarlo

### CERTIFICATE OF SERVICE

I,  Abagale Steidl, Esq.                    , of **     Steidl & Steinberg, PC, 707 Grant Street, Gulf Tower,

Suite 2830, Pittsburgh, PA 15219

_____

**CERTIFY:**

    **That I am at least 18 years of age:**

    **That on the** 12th **day of** April                        , 2021      , **I served a copy of the within Order
Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

        1. Attorney Brian Nicholas for Respondent
        2. Community Loan Servicing, LLC,
        3. Respondent Douglas & Mary Lee DeCarlo, Debtors
        4. Ronda Winnecour,  Trustee
        5. Office of the US Trustee

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

        Numbers 1-3 listed above: First Class US Mail
        Numbers 4 & 5 listed above: CM/ECF Mail

**at the following address(es):**

    1. Brian Nicholas
       KML Law Group,
       P.C. 701 Market
       Street Suite 5000
       Philadelphia, PA
       19106

    2. Community Loan Servicing, LLC
       4425 Ponce De Leon Blvd., 5th Floor
       Coral Gables, FL 33146-1873

    3. Douglas & Mary Lee DeCarlo
       6 Leslie Street
       Uniontown, PA 15401

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on  April 12, 2021                        /s/ Abagale Steidl
                    (Date)                                (Signature)

**\*\*Indicate Current Mailing Address**