IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-22324 CMB |
|     Douglas J. DeCarlo | : | Chapter 13 |
|     Mary Lee DeCarlo, | : | |
|         *Debtors* | : | Related to Docket No. 35 |
| | : | |
|     Douglas J. DeCarlo | : | |
|     Mary Lee DeCarlo, | : | |
|         *Movants* | : | |
| | : | |
|     v. | : | |
| | : | |
|     Community Loan Servicing, LLC, | : | |
|         *Respondent* | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 27, 2021, a true and correct copy of the *Interim Mortgage Modification Order dated April 27, 2021* was served upon the following persons and parties by the following methods:

**Service by First Class US Mail:**

Brian Nicholas
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1873

Douglas & Mary Lee DeCarlo
6 Leslie Street
Uniontown, PA 15401

**Service by E-Mail:**
lmp@chapter13trusteewdpa.com

**Service by ECF Mail:**
Office of the US Trustee

April 27, 2021
DATE

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I. D. No 319217