IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Bankruptcy No. 20-22324 CMB |
|---|---|---|
| Douglas J. DeCarlo | : | Chapter 13 |
| Mary Lee DeCarlo, | : | |
| *Debtors* | : | Related to Docket No. 35 , 38 |
| | : | |
| Douglas J. DeCarlo | : | |
| Mary Lee DeCarlo, | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| Community Loan Servicing, LLC, | : | |
| *Respondent* | : | |

## ORDER OF COURT

AND NOW, to wit this __12th__ day of __May__, 2021, upon consideration of the Debtors' Motion to Vacate Interim Mortgage Modification Order, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Interim Mortgage Modification Order filed on April 27, 2021 at Docket Number 35 is hereby vacated.
2. The Trustee is permitted to continue to distribute to the mortgage company under the confirmation order dated February 3, 2021 at docket number 26.

FILED
5/12/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  J
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 20-22324-CMB
Douglas J. DeCarlo                                                                         Chapter 13
Mary Lee DeCarlo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2
Date Rcvd: May 12, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb      + Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Abagale E. Steidl
    on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Abagale E. Steidl
    on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: May 12, 2021 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 5