UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>      Debtor(s)<br><br>Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>      Movants<br>   vs.<br><br>Community Loan Servicing, LLC<br>      Respondent | NO. 20-22324 CMB<br><br>CHAPTER 13<br><br>Related to Claim No. 6<br>Related to Doc. No. 42 and 43, 44<br><br>Hearing date and time: November 10, 2021 at 11:00 a.m. |

## ORDER GRANTING EXTENSION

Upon consideration of Respondent's Motion Request an Extension of Time and Continuance of Hearing, it is hereby:

**ORDERED** that the deadline to file the Response to the Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges is extended to November 15, 2021 and the hearing scheduled for November 10, 2021 at 11:00 a.m. is continued for 30 days to December 15, 2021 at 1:30 P.M. via Zoom.

Dated: October 22, 2021

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/22/21 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22324-CMB |
| Douglas J. DeCarlo | Chapter 13 |
| Mary Lee DeCarlo | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Oct 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Oct 22, 2021 Form ID: pdf900 Total Noticed: 1

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7