IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-22324 CMB |
| | ) | Chapter 13 |
| Douglas J. DeCarlo | ) | |
| Mary Lee DeCarlo, | ) | |
| *Debtors* | ) | Docket No. 49 |
| | ) | |
| Douglas J. DeCarlo | ) | |
| Mary Lee DeCarlo, | ) | |
| *Movants* | ) | Related to Claim No. 6 |
| | ) | |
| vs. | ) | |
| | ) | |
| Community Loan Servicing, LLC, | ) | |
| *Respondent* | ) | |

## CONSENT ORDER OF COURT RESOLVING THE OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES FILED ON SEPTEMBER 27, 2021

AND NOW, to wit, this __23rd__ day of __November__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) An Objection to the Notice of Post-Petition fee was filed by the Debtors on October 5, 2021.

2) It has been determined that the Fall 2021 real estate taxes were paid by both the Debtors and the mortgage holder resulting in a double payment of these taxes.

3) The Debtors wish to have the Post-Petition Fee Notice filed on September 27, 2021, paid through the bankruptcy case and maintain a credit with the tax claim bureau for the Spring 2022 real estate taxes.

4) Debtors will continue to make all tax and insurance payments in a timely manner moving forward.

5) The hearing scheduled for December 15, 2021 at 1:30 is hereby CANCELLED.

_Carlota M. Böhm_
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtors

/s/ Maria Miksich
Maria Miksich, Esquire
Attorney for the Respondent

FILED
11/23/21 5:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Douglas J. DeCarlo  
Mary Lee DeCarlo  
    Debtors

Case No. 20-22324-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2  
Date Rcvd: Nov 24, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Nov 24, 2021 | Form ID: pdf900 | Total Noticed: 1

Maria Miksich
        on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 7