IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-22324 CMB |
| Douglas J. DeCarlo ) | |
| Mary Lee DeCarlo, ) | Chapter 13 |
| *Debtors* ) | Related to Document No. 70 & 71 |
| ) | |
| Douglas J. DeCarlo ) | |
| Mary Lee DeCarlo, ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 8, 2024, a true and correct copy of the *Order of Court dated July 5, 2024 together with the Amended Schedules B & C* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee


Date of Service: July 8, 2024         /s/ Abagale Steidl
                                      Abagale Steidl, Esquire
                                      Attorney for the Debtors
                                      STEIDL & STEINBERG
                                      2830 Gulf Tower - 707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      julie.steidl@steidl-steinberg.com
                                      PA I.D. No. 35937

```
Label Matrix for local noticing          Aes/nct                                    Aes/nct
0315-2                                   Attn: Bankruptcy                           Pob 61047
Case 20-22324-CMB                        Po Box 2461                                Harrisburg, PA 17106-1047
WESTERN DISTRICT OF PENNSYLVANIA         Harrisburg, PA 17105-2461
Pittsburgh
Mon Jul  8 09:17:44 EDT 2024

Ally Bank                                Ally Bank, c/o AIS Portfolio Services, LP  Ally Financial
PO Box 130424                            4515 N Santa Fe Ave. Dept. APS             PO Box 380901
Roseville MN 55113-0004                  Oklahoma City, OK 73118-7901               Bloomington, MN 55438-0901


Bayview Financial Loan                   Denise Carlon                              Community Loan Servicing, LLC
4425 Ponce De Leon Blvd                  KML Law Group, P.C.                        4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1873              701 Market Street                          Coral Gables, FL 33146-1839
                                         Suite 5000
                                         Philadelphia, PA 19106-1541


Douglas J. DeCarlo                       Mary Lee DeCarlo                           FedLoan Servicing
6 Leslie Street                          6 Leslie Street                            Pob 60610
Uniontown, PA 15401-4612                 Uniontown, PA 15401-4612                   Harrisburg, PA 17106-0610


(p)MANLEY DEAS KOCHALSKI LLC             LVNV Funding LLC                           Maria Miksich
ATTN BANKRUPTCY DEPT                     PO Box 10587                               KML Law Group, P.C.
1555 LAKE SHORE DRIVE                    Greenville, SC 29603-0587                  701 Market Street
COLUMBUS OH 43204-3825                                                              Suite 5000
                                                                                    Philadelphia, PA 19106-1541


Lauren Moyer                             Nationstar Mortgage LLC                    Navient
Friedman Vartolo, LLP                    c/o Right Path Servicing                   Attn: Bankruptcy
1325 Franklin Ave                        PO Box 619094                              Po Box 9640
Suite 160                                Dallas, TX 75261-9094                      Wiles-Barr, PA 18773-9640
Garden City, NY 11530-1631


Navient                                  Navient PC TRUST                           Office of the United States Trustee
Po Box 9655                              c/o Navient Solutions, LLC                 1000 Liberty Avenue
Wilkes Barre, PA 18773-9655              PO BOX 9640                                Suite 1316
                                         Wilkes-Barre, PA 18773-9640                Pittsburgh, PA 15222-4013


Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue              SLM BANK
Bankruptcy Division                      Department 280946                          c/o Navient Solutions, LLC
P.O. Box 280946                          P.O. Box 280946                            PO BOX 9640
Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION                  Wilkes-Barre, PA 18773-9640
                                         Harrisburg, PA 17128-0946


SN Servicing Corporation as servicer for U.S   SN Servicing Corporation for US Bank Trust   Abagale E. Steidl
c/o Friedman Vartolo LLP                 National Association LB-Tiki Series V      Steidl & Steinberg
1325 Franklin Ave, Suite 160             323 5th street, Eureka, CA 95501           707 Grant Street
Garden City, NY 11530-1631                                                          28th Floor - Gulf Tower
                                                                                    Pittsburgh, PA 15219-1908


US Bank Trust National Association as Truste   US Department of Education           US Department of Education
of LB-Tiki Series V Trust                PO Box 16448                               PO Box 16448
c/o SN Servicing Corporation             Bankrtupcy Department                      Saint Paul, MN 55116-0448
323 5th Street, Eureka, CA 95501         Saint Paul, MN 55116-0448
```

Uniontown Hospital
P.O. Box 644352
Pittsburgh, PA 15264-4352

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Stephen Russell Franks
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC

(u)Community Loan Servicing, LLC

(u)Community Loan Servicing, LLC f/k/a Bayvie

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)Nationstar Mortgage LLC

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36