**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/04/2025

IN RE:

DOUGLAS J. DECARLO
MARY LEE DECARLO
6 LESLIE STREET
UNIONTOWN, PA  15401
XXX-XX-7003           Debtor(s)

XXX-XX-6960

Case No. 20-22324 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/4/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 1    INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 16,848.84<br>COMMENT: CL1GOV@TRMS/PL*17K@6%/PL*FR ALLY BK-DOC 66 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7553 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SN SERVICING(*)<br>323 5TH ST*<br>EUREKA, CA  95501 | Trustee Claim Number: 2    INT %: 9.51%<br>Court Claim Number: 6<br>CLAIM: 13,315.94<br>COMMENT: CL6GOV*PMT/CONF*15k@11%/PL@BAYVIEW*LMP VACATED/OE*FR CLS-DOC 53*F | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2903 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17102 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/PL*NCT/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0001 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO  63179-0336 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 84,863.28<br>COMMENT: X0002/SCH*LATE | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0002 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: CL=$12,451.74~OUTSIDE/PL*X7054/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 6960 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: C=12159~OUTSIDE/PL*X5647/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 6960 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: C=$11,355.32~OUTSIDE/PL*X8898/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 6960 |
| **SLM BANK**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA  18773-9000 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: CL=*$9,969.41~OUTSIDE/PL*X2740/SCH | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 6960 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLP**<br>3333 CAMINO DEL RIO SOUTH STE 225<br>SAN DIEGO, CA  92108 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O SN SERVICING(*) 323 5TH ST* EUREKA, CA 95501 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number:6 CLAIM: 791.08 COMMENT: NT/PL*9/20 TAX ADVNCS*FR CLS-DOC 53*FR NATIONSTAR-DOC 59, 63 | CRED DESC: POST PETITION FEE NOTICE ACCOUNT NO.: 2903 |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O SN SERVICING(*) 323 5TH ST* EUREKA, CA 95501 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number:6 CLAIM: 0.00 COMMENT: CL6GOV~PMT/CL-CNF*NT/PL*102.21x(60+2)=LMT*BGN 9/20*LMP VACATED/OE*FR ( | CRED DESC: Post Petition Escrow ACCOUNT NO.: 2903 |
| **US DEPARTMENT OF EDUCATION** NATIONAL PAYMENT CENTER PO BOX 790336 ST LOUIS, MO 63179-0336 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:8 CLAIM: 4,215.77 COMMENT: NT/SCH*LATE | CRED DESC: UNSECURED/LATE FILED ACCOUNT NO.: 6960 |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O SN SERVICING(*) 323 5TH ST* EUREKA, CA 95501 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number:06 CLAIM: 0.00 COMMENT: INTERIM LM VACATED/OE*FR CLS-DOC 53*FR NATIONSTAR-DOC 59, 63 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 2903 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY, OK 73118 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: ALLY BANK/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **US BANK TRUST NA - TRUSTEE ET AL** C/O SN SERVICING(*) 323 5TH ST* EUREKA, CA 95501 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number:6 CLAIM: 1,269.90 COMMENT: PAY/OE*NT/PL*4/21-9/21 TAX ADVNCS*FR CLS-DOC 53*FR NATIONSTAR-DOC 59, 63 | CRED DESC: POST PETITION FEE NOTICE ACCOUNT NO.: 2903 |
| **MANLEY DEAS KOCHALSKI LLC** PO BOX 165028 COLUMBUS, OH 43216-5028 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NATIONSTAR/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **FRIEDMAN VARTOLO LLP** 1325 FRANKLIN AVE STE 160 GARDEN CITY, NY 11530 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: US BNAK~SN SVCNG/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |