UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>       Joint Debtors | Case No. 20-22324-CMB<br><br>Chapter: 13 |
| Ronda J. Winnecour - Trustee<br>       Movants<br>v.<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust<br>Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>       Respondents | Judge: Carlota M Bohm<br><br><br><br>Related to Doc. No. 76, 81 |

## ORDER

AND NOW, this **6th** day of **June** 2025, upon Secured Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust's Trustee's Motion for Order of Court Authorizing Trustee to Close Creditor Payment Records, it is ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Trustee's Motion for Order of Court Authorizing Trustee to Close Creditor Payment Records is adjourned to **July 16**, 2025 at **1:30 pm in C**ourtroom B, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, PA 15219. Alternatively, Parties may appear via Zoom Video Conference.

BY THE COURT:

FILED
6/6/25 5:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_
Carlota M Bohm, Bankruptcy Judge  **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Douglas J. DeCarlo  
Mary Lee DeCarlo  
    Debtors

Case No. 20-22324-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Jun 06, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

Abagale E. Steidl  
    on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Abagale E. Steidl  
    on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com  
    julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon  
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com

Lauren Moyer  
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB Tiki Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 1

Maria Miksich
        on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Maria Miksich
        on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
        on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com


TOTAL: 9