UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>　　　　Joint Debtors | Case No. 20-22324-CMB<br><br>Chapter: 13 |
| Ronda J. Winnecour - Trustee<br>　　　　Movants<br>v.<br><br>SN Servicing Corporation as<br>servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>LB-Tiki Series V Trust<br>Douglas J. DeCarlo<br>Mary Lee DeCarlo<br>　　　　Respondents | Judge: Carlota M. Bohm<br><br><br>Related to Doc. Nos. 76, 84 |

## **CONSENT ORDER**

NOW COMES Debtors, Douglas J. DeCarlo and Mary Lee DeCarlo ("Debtors"), by and through her counsel, Steidl & Steinberg; the Chapter 13 Trustee; and Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust, and the parties consent and agree as follows:

WHEREAS, Creditor is a secured creditor and the holder of a mortgage on real property of the Debtor located at 6 Leslie Street, Uniontown, PA 15401 (the "Property");

WHEREAS, on October 1, 2020, Creditor filed a total debt Proof of Claim 6-1;

WHEREAS, on October 19, 2020, Creditor filed a Notice of Post-petition Mortgage Fees, Expenses, and Charges as to Claim 6-1 for Creditor's advancement of taxes on Debtor's behalf;

WHEREAS, on September 27, 2021, Creditor filed a second Notice of Post-petition Mortgage Fees, Expenses, and Charges as to Claim 6-1 for Creditor's advancement of taxes on Debtor's behalf;

WHEREAS, on April 8, 2025, the Trustee filed a Motion for Order of Court Authorizing Trustee to Close Creditor Payment Records as to Creditor;

WHEREAS, Creditor, Debtor, and Trustee are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Creditor, by and through its attorneys, Friedman Vartolo, LLP, and Debtor, by and through his/her counsel, Steidl & Steinberg as follows:

1. The aforementioned Post-Petition Fee Notices have been paid in full.

2. As of the filing of this Consent Order, Creditor is owed a principal balance in the amount of $27.10 plus interest in the amount of $0.21 for a total of $27.31. This is the only balance remaining as to Creditor's Claim.

3. Once the Chapter 13 Trustee has disbursed the amounts reflected in Paragraph 2, Creditor's Claim will be paid in full and the Chapter 13 Trustee shall cease all disbursements to Creditor.

4. Counsel for Debtor has authority to settle this matter on behalf of his/her client(s).

IN WITNESS hereof, the Parties, by their respective, duly authorized, undersigned counsel of record and agent, have cause this Consent Order to be executed this __25th__ day of __June__, 2025.

BY THE COURT:

*Carlota M. Bohm*
Carlota M. Bohm, Bankruptcy Judge

FILED
6/25/25 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Date: June 23, 2025    /s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
*Counsel for Creditor*

Date: June 23, 2025    /s/ Christopher Frye
Steidl & Steinberg
*Counsel for Debtor*

Date: June 23, 2025    /s/ Rhonda J. Winnecour
Ronda J. Winnecour, Esquire
*Chapter 13 Trustee*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22324-CMB |
| Douglas J. DeCarlo | Chapter 13 |
| Mary Lee DeCarlo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jun 25, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB Tiki Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9