IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Douglas J. DeCarlo | ) | |
| Mary Lee DeCarlo, | ) | Case No. 20-22324 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | Document No. |
| Douglas J. DeCarlo | ) | |
| Mary Lee DeCarlo, | ) | |
| *Movants* | ) | |
| | ) | |
| No Respondents | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE NON-ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is not entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does render the Debtor ineligible for a discharge. The prior chapter 7 case was filed on August 7, 2019, at case no. 19-23123 CMB and discharged on November 6, 2019.

4. On January 20, 2025 at docket numbers 73 and 74, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| July 7, 2025 | /s/ Douglas J. DeCarlo |
| Date | Debtor |
| | |
| | |
| July 7, 2025 | /s/ Mary Lee DeCarlo |
| Date | Debtor |

        Respectfully submitted,

August 18, 2025           /s/ Abagale Steidl
DATE          Abagale Steidl, Esquire
         Attorney for the Debtors
         STEIDL & STEINBERG
         436 Seventh Avenue, Suite 322
         Pittsburgh, PA 15219
         (412) 391-8000
         asteidl@steidl-steinberg.com
         PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**