IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS J. DECARLO
MARY LEE DECARLO
    Debtor(s)
Ronda J. Winnecour
    Movant
    vs.
DOUGLAS J. DECARLO
MARY LEE DECARLO

Case No.:20-22324

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

September 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/05/2020 and confirmed on 9/1/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,576.39 |
| Less Refunds to Debtor | 1,974.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,601.91 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 2,529.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,929.50 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 2903 | 0.00 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC<br>    Acct: 7553 | 16,848.84 | 16,848.84 | 3,052.97 | 19,901.81 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 2903 | 13,315.94 | 13,315.94 | 3,366.29 | 16,682.23 |
| | | | | 36,584.04 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   DOUGLAS J. DECARLO<br>    Acct: | 1,927.39 | 1,927.39 | 0.00 | 0.00 |
|   DOUGLAS J. DECARLO<br>    Acct: | 47.09 | 47.09 | 0.00 | 0.00 |
|   STEIDL & STEINBERG PC<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 2903 | 3,988.37 | 3,988.37 | 0.00 | 3,988.37 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 2903 | 791.08 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 2903 | 1,269.90 | 0.00 | 0.00 | 0.00 |
| | | | | 3,988.37 |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS)<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US DEPARTMENT OF EDUCATION<br>    Acct: 7003 | 0.00 | 1,550.00 | 0.00 | 1,550.00 |
|   NAVIENT PC TRUST<br>    Acct: 6960 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SLM BANK<br>    Acct: 6960 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |

20-22324                                                              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6960 | | | | |
| | SLM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6960 | | | | |
| | US DEPARTMENT OF EDUCATION | 0.00 | 1,550.00 | 0.00 | 1,550.00 |
| | Acct: 6960 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN II | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 3,100.00 |

**TOTAL PAID TO CREDITORS**                                                                               43,672.41

TOTAL CLAIMED
PRIORITY         6,049.35
SECURED        30,164.78
UNSECURED        0.00

Date: 09/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  DOUGLAS J. DECARLO
  MARY LEE DECARLO
          Debtor(s)

  Ronda J. Winnecour
          Movant
            vs.
  No Repondents.

Case No.:20-22324

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22324-CMB |
| Douglas J. DeCarlo | Chapter 13 |
| Mary Lee DeCarlo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |
| 15274138 | + | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 15274139 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15556282 | | SN Servicing Corporation for US Bank Trust, National Association LB-Tiki Series V, 323 5th street, Eureka, CA 95501 |
| 15558989 | | US Bank Trust National Association as Trustee, of LB-Tiki Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 15274148 | | Uniontown Hospital, P.O. Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2025 00:45:40 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Sep 27 2025 00:24:15 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 15274136 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2025 00:47:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15274135 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2025 00:47:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 15276171 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2025 00:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15274137 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2025 00:33:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15295115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:47:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15560475 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 00:47:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15507823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2025 00:47:00 | Nationstar Mortgage LLC, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15274144 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 27 2025 01:00:41 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274140 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 27 2025 00:45:37 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15276845 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 27 2025 00:45:42 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

| Recip ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 15276846 | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 27 2025 00:46:57 | SLM BANK, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15335734 | Email/Text: EDBKNotices@ecmc.org | Sep 27 2025 00:33:00 | US Department of Education, PO Box 16448, Bankrtupcy Department, Saint Paul, MN 55116-0448 |
| 15335736 | Email/Text: EDBKNotices@ecmc.org | Sep 27 2025 00:33:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15274145 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274146 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274147 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274141 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15274142 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15274143 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 4 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2025    Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 21

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB Tiki Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9