IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DOUGLAS J. DECARLO
MARY LEE DECARLO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:20-22324

Chapter 13

Document No.: 99

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __23rd__ day of __November__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/23/25 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE
dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-22324-CMB |
| Douglas J. DeCarlo | Chapter 13 |
| Mary Lee DeCarlo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Douglas J. DeCarlo, Mary Lee DeCarlo, 6 Leslie Street, Uniontown, PA 15401-4612 |
| 15274138 | + | Bayview Financial Loan, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1873 |
| 15274139 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15556282 | | SN Servicing Corporation for US Bank Trust, National Association LB-Tiki Series V, 323 5th street, Eureka, CA 95501 |
| 15558989 | | US Bank Trust National Association as Trustee, of LB-Tiki Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 15274148 | | Uniontown Hospital, P.O. Box 644352, Pittsburgh, PA 15264-4352 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 01:02:51 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 25 2025 00:36:32 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 15274136 | + | Email/Text: bncnotifications@pheaa.org | Nov 25 2025 00:46:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15274135 | + | Email/Text: bncnotifications@pheaa.org | Nov 25 2025 00:46:00 | Aes/nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 15276171 | | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15274137 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:46:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15295115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15560475 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 00:50:13 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15507823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:46:00 | Nationstar Mortgage LLC, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15274144 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 25 2025 01:03:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274140 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 25 2025 00:50:13 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15276845 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 25 2025 01:02:55 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

Case 20-22324-CMB    Doc 104    Filed 11/26/25    Entered 11/27/25 00:37:49    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 21 |

| 15276846 | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 25 2025 01:02:47 | SLM BANK, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15335734 | Email/Text: EDBKNotices@ecmc.org | Nov 25 2025 00:46:00 | US Department of Education, PO Box 16448, Bankrtupcy Department, Saint Paul, MN 55116-0448 |
| 15335736 | Email/Text: EDBKNotices@ecmc.org | Nov 25 2025 00:46:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | Nationstar Mortgage LLC |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15274145 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274146 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274147 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15274141 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15274142 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15274143 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 4 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Mary Lee DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor Douglas J. DeCarlo asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: pdf900 | Total Noticed: 21 |

Lauren Moyer
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB Tiki Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9